LYSSA S. ANDERSON
Nevada Bar No. 5781
RYAN W. DANIELS
Nevada Bar No. 13094
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
rdaniels@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department,*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HELEN BRENNAN, individually, <br><br> Plaintiff, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOE OFFICERS employed with the LAS VEGAS METROPOLITAN POLICE DEPARTMENT; DOES I through X; and ROE Business Entities I through X, inclusive, <br><br> Defendants. | CASE NO.:   2:20-cv-00662-RFB-DJA <br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Defendant Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Kaempfer Crowell, and Plaintiff Helen Brennan ("Plaintiff"), by and through her counsel, Mueller & Associates, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Stipulation").  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or

otherwise respond to Plaintiff's Amended Complaint.

LVMPD Defendants were served with Plaintiff's Amended Complaint on June 18, 2020. The instant extension is requested as LVMPD Defendants' Counsel requires additional time to prepare a responsive pleading to the Plaintiff's Amended Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including July 9, 2020, for LVMPD Defendants to file an answer or otherwise respond to Plaintiff's Amended Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiff's Amended Complaint.

DATED this <u>2nd</u> day of July, 2020.

| MULLER & ASSOCIATES | KAEMPFER CROWELL |
|---|---|
| /s/ *Craig A. Mueller* | /s/ *Lyssa S. Anderson* |
| Craig A. Mueller,<br>Nevada Bar No. 4703<br>723 South Seventh Street<br>Las Vegas, NV  89101 | LYSSA S. ANDERSON Nevada Bar No. 5781<br>RYAN W. DANIELS Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135 |
| ***Attorney for Plaintiff*** | ***Attorneys for Defendant***<br>***Las Vegas Metropolitan Police Department*** |

**ORDER**

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: July 6, 2020