CRAIG A. MUELLER, ESQ.
Nevada Bar No.: 4703
**MUELLER & ASSOCIATES, INC.**
808 South Seventh Street
Las Vegas, NV 89101
P: (702) 940-1234 | F: (702) 940-1235
electronicservice@craigmuellerlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN BRENNAN, individually<br>　　　　　Plaintiff,<br>vs.<br>STATE OF NEVADA ex rel LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; TROOPER L. McCOLL, P#352, an individual employed by STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE TROOPERS I through XX, employed by STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE OFFICERS I through XX, employed by STATE OF NEVADA ex rel ex rel LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOES I through X; and ROE Business Entities I through X; inclusive,<br>　　　　　Defendants. | CASE NO.: 2: 20-cv-00662-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME IN WHICH THE PLAINTIFF MAY RESPOND TO DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S MONELL CLAIM**<br><br>**(FIRST REQUEST)** |

Plaintiff, HELEN BRENNAN and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their respective counsel, hereby stipulate and agree as follows:

1.　　On May 21, 2021, Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT filed Defendants Las Vegas Metropolitan Police Department's Motion For

Page 1 of 2

Partial Summary Judgment On Plaintiff's Monell Claim, District of Nevada, designated Case No,: 2: 20-cv-00662-RFB-DJA, ECF No. 36.

2. On, May 21, 2021, the court ordered a response due by June 11, 2021.

3. From the time of receiving the Defendant's Motion, Lead Civil Attorney Laura Ungaro had already been on a medical leave from the firm with no return date, and civil paralegal Susie Ward contracted COVID-19 on May 26, 2021 whom is most familiar to this matter.

4. The Plaintiff requested an additional two weeks to get their new Civil Attorney up to speed to this matter to draft the response making the new proposed deadline June 25, 2021.

5. This is the first request for an extension regarding the filing of Plaintiffs response to Defendant's Motion for Partial Summary Judgment, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the short extension.

DATED this 3rd day of June, 2021.

MUELLER & ASSOCIATES, INC.

/s/ Craig A. Mueller, Esq.
_____
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
808 South Seventh Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 3rd day of June, 2021.

KAEMPFER CROWELL

/s/ Lyssa S. Anderson, Esq.
_____
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Las Vegas Metropolitan Police Department*

IT IS SO ORDERED.

DATED this <u>4th</u> day of June, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

| From: | Lyssa Anderson |
|---|---|
| To: | Susie Ward |
| Subject: | RE: Brennan- Extension Request |
| Date: | Thursday, June 3, 2021 12:44:38 PM |

Susie,

You may use my e-signature to file.



Lyssa S. Anderson
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel: (702) 792-7000
Fax: (702) 796-7181
Email: landerson@kcnvlaw.com

| BIO | WEBSITE | VCARD |

 **Please consider the environment before printing this email**

This e-mail communication is a confidential attorney-client communication intended only for the person named above. If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702) 792-7000. Also, please e-mail the sender that you have received the communication in error. We will gladly reimburse your telephone expenses. Thank you.

IRS Circular 230 Notice: To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Susie Ward [mailto:Susie@craigmuellerlaw.com]
**Sent:** Thursday, June 3, 2021 12:22 PM
**To:** Lyssa Anderson
**Subject:** RE: Brennan- Extension Request

Please review the attached proposed order, thank you for this.


Sincerely,

*Susie Ward*

*Paralegal*,
Mueller and Associates

th

808 S. 7th Street
Las Vegas, NV 89101
P- 702-382-1200
F- 702-637-4817
*susie@craigmuellerlaw.com*

*Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

**From:** Lyssa Anderson <landerson@kcnvlaw.com>
**Sent:** Thursday, June 3, 2021 10:37 AM
**To:** Susie Ward <Susie@craigmuellerlaw.com>
**Subject:** Re: Brennan- Extension Request

That's fine. Please send us a proposed stipulation.

Hope you are well.

Best Regards,
Lyssa S. Anderson

> On Jun 3, 2021, at 10:32 AM, Susie Ward <Susie@craigmuellerlaw.com> wrote:
>
> Lyssa,
>
> Would you stipulate to an extension on our opposition for two weeks making it due the 25th if the court will allow it? I am out on quarantine and Laura Ungaro is not coming back to the firm for medical issues. I just finally got a new civil attorney that needs to get up to speed on this matter. Please let me know so I can get the stipulation to you, thank you.
>
> Sincerely,
>
> *Susie Ward*
>
> *Paralegal*,
> Mueller and Associates
> 808 S. 7th Street
> Las Vegas, NV 89101
> P- 702-382-1200
> F- 702-637-4817
> *susie@craigmuellerlaw.com*

*Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*