CRAIG A. MUELLER, ESQ.
Nevada Bar No.: 4703
**MUELLER & ASSOCIATES, INC.**
808 South Seventh Street
Las Vegas, NV 89101
P: (702) 940-1234 | F: (702) 940-1235
electronicservice@craigmuellerlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HELEN BRENNAN, individually<br>　　　　Plaintiff,<br>vs.<br>STATE OF NEVADA ex rel LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; TROOPER L. McCOLL, P#352, an individual employed by STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE TROOPERS I through XX, employed by STATE OF NEVADA ex rel NEVADA HIGHWAY PATROL, a political subdivision of the State of Nevada; DOE OFFICERS I through XX, employed by STATE OF NEVADA ex rel ex rel LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; DOES I through X; and ROE Business Entities I through X; inclusive,<br>　　　　Defendants. | CASE NO.: 2: 20-cv-00662-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME IN WHICH THE PLAINTIFF MAY RESPOND TO DEFENDANTS LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S MONELL CLAIM**<br><br>**(SECOND REQUEST)** |

Plaintiff, HELEN BRENNAN and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT, by and through their respective counsel, hereby stipulate and agree as follows:

1.　On May 21, 2021, Defendant, LAS VEGAS METROPOLITAN POLICE DEPARTMENT filed Defendants Las Vegas Metropolitan Police Department's Motion For

Partial Summary Judgment On Plaintiff's Monell Claim, District of Nevada, designated Case No,: 2: 20-cv-00662-RFB-DJA, ECF No. 36.

2. On, June 4, 2021, the court granted an extension for a response to be filed by June 25, 2021.

3. The Plaintiff requests an additional day to file their response by June 28, 2021 due to computer issues with the specific draft for this response.

4. This is the second request for an extension regarding the filing of Plaintiffs response to Defendant's Motion for Partial Summary Judgment, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the short extension.

DATED this 25th day of June, 2021.

MUELLER & ASSOCIATES, INC.

/s/ Craig A. Mueller, Esq.
_____
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
808 South Seventh Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

DATED this 25th day of June, 2021.

KAEMPFER CROWELL

/s/ Ryan W. Daniels, Esq.
_____
RYAN W. DANIELS, ESQ.
Nevada Bar No. 13094
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135
*Attorney for Las Vegas Metropolitan Police Department*

IT IS SO ORDERED.

DATED this 28th day of June, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court

| From: | Ryan Daniels |
|---|---|
| To: | Susie Ward |
| Cc: | Lyssa Anderson; Charles Lobello |
| Subject: | RE: Stipulation |
| Date: | Friday, June 25, 2021 5:01:00 PM |

You have my permission to use my electronic signature.



Ryan W. Daniels
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000
Fax:  (702) 796-7181
Email: rdaniels@kcnvlaw.com

|  BIO  |  WEBSITE  |  VCARD  |

 **Please consider the environment before printing this email**

This e-mail communication is a confidential attorney-client communication intended only for the person named above.  If you are not the person named above, or the employee or agent responsible for delivery of the following information, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone (702) 792-7000.  Also, please e-mail the sender that you have received the communication in error.  We will gladly reimburse your telephone expenses.  Thank you.

IRS Circular 230 Notice:  To ensure compliance with requirements imposed by the IRS, we inform you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Susie Ward [mailto:Susie@craigmuellerlaw.com]
**Sent:** Friday, June 25, 2021 4:57 PM
**To:** Ryan Daniels
**Cc:** Lyssa Anderson; Charles Lobello
**Subject:** FW: Stipulation
**Importance:** High

Attached is the stipulation and order we discussed thank you.

Sincerely,

*Susie Ward*

*Paralegal*,

Mueller and Associates

808 S. 7th Street

Las Vegas, NV 89101

P- 702-382-1200

F- 702-637-4817

*susie@craigmuellerlaw.com*

*Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*

---

**From:** Susie Ward
**Sent:** Friday, June 25, 2021 4:52 PM
**To:** Lyssa Anderson <landerson@kcnvlaw.com>
**Cc:** Charles Lobello <charles@craigmuellerlaw.com>
**Subject:** Stipulation
**Importance:** High

The attorney that drafted the response to your MSJ is having trouble getting the document to me. Can we have till Monday??

Sincerely,

*Susie Ward*

*Paralegal*,

Mueller and Associates

808 S. 7th Street

Las Vegas, NV 89101

P- 702-382-1200

F- 702-637-4817

*susie@craigmuellerlaw.com*

*Confidentiality Note: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressees. Access to this e-mail by anyone other than the recipient is unauthorized. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, reproduction, distribution, or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.*