# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HELEN BRENNAN,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA ex rel LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00662-RFB-DJA<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff's Counsel Craig A. Mueller's Motion to Withdraw as Attorney of Record (ECF No. 66), filed on December 6, 2021. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Mueller indicates that counsel and Plaintiff have reached an unsolvable impasse regarding communication, evaluation and strategy in this case necessitating his withdrawal. The Court will require that Plaintiff Helen Brennan notify the Court by January 21, 2022 as to her intent to proceed pro se or with other representation. Failure to do so may result in dispositive sanctions

　　　　**IT IS HEREBY ORDERED** that Plaintiff's Counsel Craig A. Mueller's Motion to Withdraw as Attorney of Record (ECF No. 66) is **granted**.

　　　　**IT IS FURTHER ORDERED** that Plaintiff Helen Brennan shall notify the Court as to whether she intends to proceed pro se or retain new counsel by **January 21, 2022**. Failure to notify the Court as to her representation status may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and telephone number of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

    Helen Brennan

    61 N. Central St.

    Peabody, MA  01960

    603-833-3927

    DATED:  December 20, 2021

    DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE