# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Helen Brennan, | Case No. 2:20-cv-00662-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

On December 20, 2021, the Court granted Plaintiff's counsel's—Craig A. Mueller. of the law firm Craig Mueller and Associates—motion to withdraw. (ECF No. 68). In that order, the Court required Plaintiff to inform the Court whether she would proceed *pro se* or retain counsel by January 21, 2022. (*Id.*). That deadline has since passed, and the Court has had no contact from Plaintiff. The Court thus orders Plaintiff to show cause why she has not filed a notice with the Court informing it whether she intends to retain new counsel or proceed *pro se*. If Plaintiff does not comply with this Order, the Court will recommend that this action be dismissed without prejudice. *See McClure v. Fessler*, 57 Fed.Appx. 727, 727 (9th Cir. 2003) ("the district court may dismiss a case *sua sponte* for failure to prosecute.").

**IT IS THEREFORE ORDERED** that Plaintiff must file a response to this Order within thirty days—by **Monday, February 27, 2022**. Plaintiff must show cause why she has not complied with the Court's order requiring her to inform the Court whether she retain new counsel or proceed *pro se*. The Clerk of Court is kindly directed to mail Plaintiff a copy of this Order.

    **IT IS FURTHER ORDERED** that, should Plaintiff not file a response within thirty days from the date of this Order, the Court may enter sanctions up to and including a recommendation for dismissal.

DATED: January 31, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE