# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Helen Brennan, | Case No. 2:20-cv-00662-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Las Vegas Metropolitan Police Department, et al., | |
| Defendants. | |

On December 20, 2021, the Court granted Plaintiff's counsel's motion to withdraw. (ECF No. 68). It then ordered Plaintiff to inform the Court whether she would proceed *pro se* or retain counsel by January 21, 2022. (*Id.*). After that deadline passed, the Court ordered Plaintiff to show cause why she failed to comply with the deadline. (ECF No. 69). The Court gave Plaintiff until February 27, 2022 to respond. (*Id.*). Plaintiff timely responded by emailing the Court's help desk. (ECF No. 70). She explained that she is actively looking for a new lawyer and is willing to represent herself if needed. (*Id.*). She also requested additional time to find a lawyer. (*Id.*).

The broad purpose of the Federal Rules of Civil Procedure is to "secure the just, speedy, and inexpensive determination of every action and proceeding" Fed. R. Civ. P. 1. "Orderly and expeditious resolution of disputes" is of utmost importance in the rule of law. *In re Phynylpropanolamine Products Liability Litigation*, 460 F.3d 1217, 1227 (9th Cir. 2006). Here, because Plaintiff has indicated a willingness to represent herself while finding a lawyer, the Court declines to grant her additional time to retain counsel. Plaintiff has not provided an estimate of how long it may take her to find counsel and has not been active in this case since her attorney withdrew in December. Given the delays this case has already experienced, granting additional time for Plaintiff to find a lawyer when she has indicated a willingness to represent herself would undermine the "speedy" determination goal of Rule 1. The Court will thus consider Plaintiff as

proceeding *pro se*. Plaintiff may retain a lawyer at any time, in which event her lawyer should file a notice of new counsel.

**IT IS THEREFORE ORDERED** that Plaintiff's request for an extension of time (ECF No. 69) is **denied.** The Court will consider Plaintiff as proceeding *pro se*. The Court directs Plaintiff to review the "self-help" section of the United States District Court for the District of Nevada's website, which can be found at https://www.nvd.uscourts.gov/self-help/. Plaintiff will be responsible for meeting case deadlines and attending upcoming hearings, including the hearing scheduled in front of the Honorable District Judge Richard F. Boulware, II on **March 25, 2022 at 8:30 a.m.** (ECF No. 72). The Clerk of Court is kindly directed to mail Plaintiff a copy of this order and a copy of the minute order entered at ECF No. 72.

DATED: March 17, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE